Northern District Of Ohio
US Bankruptcy Court
455 Federal Bldg
2 South Main Street
Akron, OH 44308

**Case No. 05−56111−mss**

**In re:**

| | |
|---|---|
| Terry M Kennedy | Jennifer L Kennedy |
| 3255 East 100 S | 3255 East 100 S |
| Lagrange, IN 46761 | Lagrange, IN 46761 |

**Social Security No.:**

xxx−xx−4823                                         xxx−xx−2248

## NOTICE OF HEARING

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
January 28, 2009 @ 10:30 am
US Bankruptcy Court, 2 S. Main St, 260 John F. Seiberling Federal Building
Akron, OH 44308

To consider and act upon the following matters:

Motion for Turnover of Property Filed by Trustee Harold A Corzin and debtor's response

(PLEASE NOTE: If this matter is resolved as a result of the filing of other pleadings and/or negotiations between the parties, the court requests that the movant so notify the courtroom deputy or law clerk as soon as practicable and, in any event, prior to the scheduled hearing. Failure to afford the court this courtesy will will result in waste of the limited resources of both the clerk's and chambers' staff, each of whom thanks you in advance for your attention to this practice.)

**Dated:** January 5, 2009                                                                                                   For the Court
Form ohnb187                                                                                                                   Kenneth J. Hirz, Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0647-5           User: mknot              Page 1 of 1              Date Rcvd: Jan 05, 2009
Case: 05-56111                 Form ID: 187             Total Served: 5
```

The following entities were served by first class mail on Jan 07, 2009.
```
db          +Jennifer L Kennedy,   3255 East 100 S,   Lagrange, IN 46761-8908
db          +Terry M Kennedy,   3255 East 100 S,   Lagrange, IN 46761-8908
acc         +Gary Levin,   Levin Swedler and Co,   3501 Embassy Parkway,   #200,   Akron, OH 44333-8364
intp        +Jerome L. Holub,   Chapter 13 Trustee,   One Cascade Plaza,   Suite 2020,   Akron, OH 44308-1160
cr          +Stone Street Services, Inc.,   C/O Christopher J. Niekamp,   23 S. Main Street, Third Floor,
              Akron, OH 44308-1818
```

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              STATE OF OHIO
cr              United States of America, Internal Revenue Service
                                                                                                  TOTALS: 2, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 07, 2009**                         Signature:       *Joseph Speetjens*