**IT IS SO ORDERED.**

Dated: 04:45 PM March 11 2009

/s/ Marilyn Shea-Stonum
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT AKRON

| | |
|---|---|
| IN RE: | ) CASE NO. 05-56111 |
| | ) |
| TERRY M. KENNEDY and | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| JENNIFER L. KENNEDY | ) |
| | ) JUDGE MARILYN SHEA-STONUM |
| Debtors | ) |
| | ) ORDER AUTHORIZING |
| | ) COMPROMISE OF CONTROVERSY |

This cause came on for consideration and, it appearing to the court that the parties have resolved the differences heretofore existing between them, that notice was given to all creditors, the debtor, and all other parties-in-interest of the trustee's motion and the terms of the proposed compromise, and that no objection or request for hearing upon same has been received within the time period set forth in the notice, and that acceptance of the proposal to compromise the controversy submitted by Terry and Jennifer Kennedy is in the best interests of the estate and its creditors, it is therefore,

ORDERED, ADJUDGED, and DECREED that Harold A. Corzin, Trustee be, and he hereby is, authorized and empowered to accept the compromise proposal submitted by the debtors, Terry and Jennifer Kennedy, and it is further

ORDERED that the debtor, Jennifer Kennedy, submit to a physical examination, for purposes of determining her eligibility for life insurance, to be conducted in the Fort Wayne, Indiana area, and it is further

ORDERED that the debtor, Jennifer Kennedy, cooperate fully in the evaluation and execute such documents as the trustee may reasonably request to assist the estate in the transfer and assignment of any and all rights which the debtor and the estate have, or may claim to have, under the terms of the annuity contract #00004, certificate #229, having Jennifer Kennedy as a beneficiary and Nationwide Mutual Life Insurance Company as an owner, pertaining to payments falling due between June 16, 2015 and January 16, 2027, and it is further

ORDERED that the estate pay to Jennifer Kennedy the sum of $5,000, as hereinbefore determined by prior order of this Court entered April 25, 2008, and it is further

ORDERED that such examination shall be at the expense of the estate, and it is further

ORDERED that Jennifer Kennedy cooperate fully with the trustee in the transfer and assignment of the rights of the debtor and the estate to any assignee, including, but not limited to, execution of such documents as the trustee may reasonably request to obtain any necessary approval of the probate court of Summit County, Ohio or such other jurisdiction as may be necessary, and to meet the reasonable requests of any prospective assignee to evidence the transfer of such interests, and it is further

ORDERED that the motion for turnover of the trustee, filed December 19, 2008, be withdrawn, without prejudice to its refiling, but with prejudice upon the performance by the debtor of her duties imposed hereunder, and the subsequent sale, transfer, or assignment of the annuity to an assignee.

###

Submitted and approved by:

GIBSON & LOWRY

/s/ Michael J. Moran
Michael J. Moran    (#0018869)
Attorney for Trustee
234 Portage Trail, P.O. Box 535
Cuyahoga Falls, OH 44222
(330) 929-0507
(330) 929-6605 - Fax
moranecf@yahoo.com

Jennifer Kennedy
P.O. Box 6
Mongo, IN 46771

Terry M. Kennedy
P.O. Box 6
Mongo, IN 46771

Parties to be served electronically:

Keith Rucinski
efilings@ch13akron.com

Christopher J. Niekamp
cjn@b-wlaw.com

United States Trustee

John M. Tkacic
john.m.tkacik@irscounsel.treas.gov

Harold A. Corzin
hcorzin@csu-law.com

James S. Callender
attorney@callender.com

Michael J. Moran
moranecf@yahoo.com

David A. Mucklow
davidamucklow@yahoo.com

Parties to be served via regular U.S. mail:

Terry and Jennifer Kennedy
3255 E. 100 South
Lagrange, IN 46761

And all parties on the attached list.

-3-

Stone Street Services, Inc.
C/O Christopher J. Niekamp
23 S. Main Street, Third Floor
Akron, OH 44308-1818

ACS
P.O. Box 210056
Cleveland, OH 44121-7056

AFNI
P.O. box 3097
Bloomington, IL 61702-3097

AT& T Universal Card
P.O. box 8214
South Hackensack, NJ 07606-8214

AT&T Credit Management
P.O. box 57907
Salt Lake City, UT 84157-0907

Advance America
2086 Roming Road
Akron, OH 44320-3820

Akron Children's Hospital
P.O. Box 1750
Akron, OH 44309-1750

Akron General Medical Center
P.O. box 931729
Cleveland, OH 44193-1836

Alexandria Vaneck Co. LPA
5660 Southwyck blvd #110
Toledo, OH 43614-1597

Allen Collections Inc.
6710 Old Trail Rd
Fort Wayne, IN 46809-2639

Alliance One
1684 Woodlands Dr. Suite 150
Maumee, OH 43537-4026

Allied Interstate Inc.
3000 Corporate Exchange
Columbus, OH 43231-7684

Allied Interstate Inc.
P.O. Box 2455
Chandler, AZ 85244-2455

Alltel Communications
1 Allied Drive Building
5th floor
Little Rock, AR 72202-2013

Ameristar Financial Co.
1795 N. Butterfield Road
Libertyville, IL 60048-1212

Argent Healtcare Financial Services
P.O. box 667
La Porte, IN 46352-0667

Arrow Financial Services
5996 W. Touhy Ave.
Niles, IL 60714-4610

Arrow Financial Services LLC
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Asset Acceptance
P.O. Box 2036
Warren, MI 48090-2036

B-Line, LLC/Creditrust SPV 99-2, LLC
CITICORP
Mail Stop 550
2101 Fourth Ave., Suite 1030
Seattle, WA 98121-2317

B-Line, LLC/Inovision Medclr Portfolio Group
FIRST BANK OF SOUTH DAKOTA
Mail Stop 550
2101 Fourth Ave., Suite 1030
Seattle, WA 98121-2317

B-Line, LLC/Inovision Medclr Portfolio Group
GE CAPITAL CONSUMER CARD CO.
Mail Stop 550
2101 Fourth Ave., Suite 1030
Seattle, WA 98121-2317

B-Line, LLC/Inovision Medclr Portfolio Group
NATIONSBANK
Mail Stop 550
2101 Fourth Ave., Suite 1030
Seattle, WA 98121-2317

Barix Clinics of Ohio
231223 Momentum Place
Chicago, IL 60689-0001

Billman Propane
P.O. box 5
Lagrange, IN 46761-0005

Business & Professional Services
P.O. box 1276
Elkhart, IN 46515-1276

CCS Medical
14255 49th Street N. Ste. 301
Clearwater, FL 33762-2813

CPS Security
P.O. Box 23037
Corpus Christi, TX 78403-3037

CVS
Attn: Retail Accounting
Chaska, MN 55318

Cabrera & Associates P.C.
560 Route 303, suite 209
Orangeburg, NY 10962-1334

Capital Acquisitions & Management
P.O. Box 5087
Rockford, IL 61125-0087

Cash Depot Inc.
865 E. North Street
Kendallville, IN 46755-1227

Charter Communications
c/o AFNI Inc.
404 Brock Drive
P.O. Box 3427
Bloomington, IL 61702-3427

Charter One
1215 Suprior Avenue
Cleveland, OH 44114-3299

Charter One Bank
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

Check into Cash
824 N. Lima
Kendallville, IN 46755-1100

Checkcare
P.O. Box 795309
Dallas, TX 75379-5309

Citi Cards
P.O. Box 8105
South Hackensack, NJ 07606-8105

Citibank ( South Dakota ) N.A.
Exception Payment Processing
P.O. Box 6305
The Lakes, NV 88901-6305

Cleveland Clinic Foundation
P.O. Box 73662
Cleveland, OH 44193-1273

Collection company
700 Longwater Drive
Norwell, MA 02061-1796

Columbia Gas of Ohio, Inc.
200 Civic Center Drive, 5th Floor
Columbus, Ohio 43215-4157

Community Hospital of Lagrange Co.
d/b/a Parkview Lagrange Hospital
P.O. Box 10427
Des Moines, IA 50306-0427

Community Open MRI of Auburn
Box 501160
Saint Louis, MO 63150-0001

Comprehension Collection Services
P.O. box 2503
East Lansing, MI 48826-2503

Consumer Portfolio Services
P.O. Box 57071
Irvine, CA 92619-7071

Credit First N.A.
P.O. Box 818011
Cleveland, OH 44181-8011

Credit First NA
P.O. Box 81344
Cleveland, OH 44188-0388

Credit Management Services
P.O. Box 931
Brookfield, WI 53008-0931

Cross Country Bank
P.O. Box 10008
Huntington, WV 25770-0008

Cuyahoga Falls General
P.O. Box 75585
Cleveland, OH 44101-4755

Cuyahoga Falls General
PO box 71-5030
Columbus OH 43271-5030

Cyrus B. Kurtz III
1818 Barlow Road
Hudson, OH 44236-4031

DBS Financial/ M&S Financial Inc.
2290 East Avenue
Akron, OH 44314-1950

DIRECTV
P.O. box 6414
Carol Stream, IL 60197-6414

David C. Pack, D.C.
3869 Darrow Road, suite 103
Stow, OH 44224-2676

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

| | | |
|---|---|---|
| Direct Loan Servicing Center<br>P O Box 5609<br>Greenville TX 75403-5609 | Direct TV<br>P.O. Box 78626<br>Phoenix, AZ 85062-8626 | Disney Wonderful World<br>P.O. box 6001<br>Jefferson City, MO 65102-6001 |
| Diversified Receivable<br>P.O. box 30340<br>Cleveland, OH 44130-0340 | Dominion East Ohio Gas<br>Attn: System Credit-18th FL<br>PO Box 25339<br>Richmond VA 23260-5339 | Drs. Harris Birkhill, PC<br>P.O. box 2802<br>Dearborn, MI 48123-2929 |
| Drug Mart<br>211 Commerce Drive<br>Medina, OH 44256-1331 | Ear, Nose & Throat Associates P.C.<br>10021 Dupont Circle Ct.<br>Fort Wayne, IN 46825-1604 | Electro Medical Associates<br>Gulf South Center<br>7823 N. Dale Mabry Hwy Suite 202<br>P.O. box 27113<br>Tampa, FL 33623-7113 |
| Elyse Strickland<br>4416 East West Highway, 4th floor<br>Bethesda, MD 20814-4565 | Emergency Prof Svcs Inc.<br>c/o Pinnacle financial Group<br>7825 Washington Ave. S Ste 410<br>Minneapolis, MN 55439-2409 | F.W.Albrecht Grocery Company<br>P.O. Box 1910<br>Akron, OH 44309-1910 |
| FMS Inc.<br>P.O. Box 707600<br>Tulsa, OK 74170-7600 | Falls Family Practice Inc.<br>1900 23rd Street<br>Cuyahoga Falls, OH 44223-1404 | Finance System of Toledo, Inc.<br>PO Box 351297<br>Toledo OH 43635-1297 |
| Finance Systems<br>2821 N. Holland<br>Toledo, OH 43635 | Finance Systems of Toledo<br>2821 N. Holland Syl<br>Toledo, OH 43615-1851 | First Collection Services<br>10925 Otter Creek E. Blvd<br>Mabelvale, AR 72103-1661 |
| First Federal Credit Control Inc.<br>24700 Chagrin Blvd. Ste 205<br>Beachwood, OH 44122-5662 | First Premier Bank<br>601 S. Minnesota Avenue<br>Sioux Falls, SD 57104-4868 | Friedman & Wexler<br>500 W. Madison Street, #2910<br>Chicago, IL 60661-2587 |
| Gardner & Garrison<br>72 N. Main Street, Suite 309<br>Hudson, OH 44236-2885 | General Audit<br>2244 Baton Rouge<br>Lima, OH 45805-1132 | General Audit<br>2348 Baton Rouge<br>Lima, Ohio 45805-1130 |
| Genesis Financial Solutions<br>8705 SW Nimbus Ave. Ste 3<br>Beaverton, OR 97008-4000 | Genesis Financial Solutions<br>P.O. Box 4865<br>Beaverton, OR 97076-4865 | Goshen Emergency Physcians LLC<br>4755 Ameritech Drive, Suite A<br>South Bend, IN 46628-9120 |
| Goshen General Hospital<br>P.O. box 139<br>Goshen, IN 46527-0139 | (c)GREENTREE<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN 55101-1311 | Guideposts<br>P.O. Box 790<br>Carmel, NY 10512-0790 |

HSBC NV
1441 Schilling Place
Salinas, CA 93901-4543

Household Credit Services
P.O. Box 5222
Carol Stream, IL 60197-5222

I & M Collections Inc.
201 S. Detriot St. STE 7
Lagrange, IN 46761-1868

Inst for Women's & Childrens
3609 Park East Drive, Suite 210
Beachwood, OH 44122-4309

JJ Marshal Associates
P.O. box 182190
Utica, MI 48318-2190

JP Recovery
P.O Box 16749
Rocky River, OH 44116-0749

JP Recovery Services Inc.
P.O. Box 16749
Rocky River, OH 44116-0749

Javitch, Block & Rathbone
1300 East 9th Street, 14th Floor
Cleveland, OH 44114-1501

Jefferson Capital Systems
16 McLeland Road
Saint Cloud, MN 56303-2198

Jefferson Capital Systems, LLC
POB 23051
Columbus, GA 31902-3051

Joseph R. Harrison Company LP
310 N. Cleveland Massillon Road
Akron, OH 44333-9302

Keith D. Weiner
75 Public Square, 4th Floor
Cleveland, OH 44113-2001

LVNV Funding LLC., its successors and assign
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

LaGrange County REMC
P.O. Box 147
Lagrange, IN 46761-0147

Lutheran Hospital
P.O. box 11729
Fort Wayne, IN 46860-1729

MCI
P.O. Boxx 17890
Denver, CO 80217-0890

METRO
FINANCE SYSTEM OF TOLEDO INC
PO BOX 351297
TOLEDO, OH 43635-1297

Mark F. Investments Ld.
3240 North Dover Road
Stow, OH 44224-2422

Merchants Retail Credit
P.O. Box 30340
Cleveland, OH 44130-0340

Mercury Finance
4925 Galaxy Parkway Suite K
Cleveland, OH 44128-5961

Mercury Finance
7261 Engle Road
Cleveland, OH 44130-8467

NCO
P.O. box 41466
Philadelphia, PA 19101

NCO Financial Systems Inc.
507 Prudential Road
Horsham, PA 19044-2368

National City Bank
4661 E. Main Street
Columbus, OH 43213-3193

National City Bank
4661E. Main Street
Columbus, OH 43213-3193

Nicholas Financial Inc
Attn Loss Recovery Dept
2454 McMullen Booth Rd, Bldg C, Ste 501B
Clearwater FL 33759-1353

Nicholas Financial Inc.
2454 McMullen Booth Bldg
Clearwater, FL 33759-1343

North Shore Agency Inc.
751 Summa Avenue
Westbury, NY 11590-5010

Oakwood Healthcare System
Department 249001
P.O. box 67000
Detroit, MI 48267-0002

| | | |
|---|---|---|
| Ohio Dept of Taxation Bankruptcy Div<br>PO Box 530 30 E Broad St 23rd Fl<br>Columbus OH 43216-0530 | Ohio Dept. of Taxation<br>P.O. Box 182402<br>Columbus, OH 43218-2402 | Ohio Edison<br>6896 Miller Road<br>Brecksville, Ohio 44141-3222 |
| (p)OHIO EDISON<br>BANKRUPTCY DEPARTMENT<br>6898 MILLER ROAD<br>BRECKSVILLE OH 44141-3222 | Papa Johns International Inc.<br>2002 Papa Johns Boulevard<br>Louisville, KY 40299-2367 | Paragon Way Inc.<br>2101 W. Ben White Blvd<br>Austin, TX 78704-7516 |
| Paragon Way Inc.<br>P.O. Box 42829<br>Austin, TX 78704-0044 | Paragon Way, Inc.<br>PO Box 740933<br>Dallas TX 75374-0933 | Paragon Way, Inc.<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas TX 75374-0933 |
| Penn Credit Corporation<br>P.O. Box 988<br>Harrisburg, PA 17108-0988 | Portage Surgical Associates<br>3973 Loomis Parkway #B<br>Ravenna, OH 44266-1803 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 |
| Premiere Medical Partners<br>P.O. box 609<br>Cuyahoga Falls, OH 44222-0609 | Professional Collections<br>P.O. Box 45274<br>Los Angeles, CA 90045-0274 | Readers Digest<br>P.O. Box 70045<br>Prescott, AZ 86304-7045 |
| Receivables Performance Management<br>1930 220th St. SE, Suite 101<br>Bothell, WA 98021-8410 | Retrieval Masters Creditors Bureau<br>2269 S. Saw Mill River Road Bldg 3<br>Elmsford, NY 10523-3848 | Revenue Group<br>3700 Park East Dr. Suite 240<br>Beachwood, OH 44122-4343 |
| Richard G. Pankuch<br>4466 Darrow Road, Suite 16<br>Stow, OH 44224-1891 | Risk Management Alt<br>P.O. Box 105062<br>Atlanta, GA 30348-5062 | Rite Aid/CRA Security Systems<br>P.O. Box 67555<br>Harrisburg, PA 17106-7555 |
| Robinson Memorial Hospital<br>6847 North Chestnut Steet<br>Ravenna, OH 44266-3999 | SBC<br>Bill Payment Center<br>Saginaw, MI 48663-0001 | ST LUKES HOSPITAL<br>FINANCE SYSTEM OF TOLEDO INC<br>PO BOX 351297<br>TOLEDO, OH 43635-1297 |
| SUMMIT RADIOLOGY<br>C/O SNOW & SAUERTEIG LLP<br>203 E BERRY ST STE 1310<br>FT WAYNE IN 46802-2715 | Safe Auto Insurance Co.<br>3883 East Broad Street<br>Columbus, OH 43213-1129 | Sears<br>P.O. Box 182149<br>Columbus, OH 43218-2149 |
| Sprint<br>P.O. Box 740602<br>Cincinnati, OH 45274-0001 | Sprint<br>P.O. box 219995<br>Kansas City, MO 64121-9995 | Sprint Nextel Corporation<br>P.O. Box 172408<br>Denver, CO 80217-2408 |

State of Ohio Attorney General
c/o James S. Callender, Jr., Esq.
McNamara, Hanrahan, Callender, Loxterman
8440 Station Street
Mentor, Ohio 44060-4925

Stone Street Services Inc.
1250 E. Hallandale BCH
Hallandale, FL 33009-4634

Summit Radiology, PC
P.O. Box 66824
Indianapolis, IN 46266-6824

TC Companies
2115 Lindbergh Ave.
Cuyahoga Falls, OH 44223-1713

TOTAL RECOVERY SVCS
OPEN MRI OF AUBURN
2417 SPY RUN AVE
FT WAYNE, IN 46805-3258

TX Collect
2101 W. Ben White Blvd
Austin, TX 78704-7516

Terry M. Kennedy
251 McKinney
Kent, Ohio 44240-2170

The CBE Group, Inc.
131 Tower Park, Suite 100
P.O. Box 2635
Waterloo, IA 50704-2635

Time Warner
P.O. Box 741863
Cincinnati, OH 45274-1863

U. S. Department of Education
Payment Center
PO Box 530260
Atlanta GA 30353-0260

U.S. Department of Education
501 Bleeker St.
Utica, NY 13501-2401

United Collection Bur
5620 Southwyck Blvd.
Toledo, OH 43614-1501

United Resource Systems
10075 W. Colfax Avenue
Denver, CO 80215-3907

Universal Fidelity Corporation
P.O. Box 941911
Houston, TX 77094-8911

Van Ru Credit Corporation
10024 Skokie Blvd. Suite 3
Skokie, IL 60077-1037

Verizon Wireless
One Alpharetta Place
Alpharetta, GA 30004

Wal-mart
P.O. Box 960023
Orlando, FL 32896-0023

Webers TV, Inc.
808 N. Detroit
Lagrange, IN 46761-1112

Weltman, Weinberrg & Reis
323 W. Lakeside Avenue Suite 200
Cleveland, OH 44113-1099

Gary Levin
Levin Swedler and Co
3501 Embassy Parkway
#200
Akron, OH 44333-8364

Jennifer Kennedy
PO Box 6
Mongo, IN 46771-0006

Terry Kennedy
PO Box 6
Mongo, IN 46771-0006